JOHN DINAPOLI (SBN 84365)
STEVEN J. SIBLEY (SBN 152365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone:   (408) 999-0900
Facsimile:   (408) 999-0191
e-mail:        jfd@dslaw.net

Attorneys for Plaintiff
KENNETH DALE McREYNOLDS

**IT IS SO ORDERED**
Judge Edward J. Davila
2/14/2012

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| KENNETH DALE McREYNOLDS,<br><br>    Plaintiff,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-OP2 ASSET BACKED PASS-THROUGH CERTIFICATES; ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-OP2 ASSET BACKED PASS-THROUGH CERTIFICATES; AMERICAN HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES, INC.; AND DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 1-11-CV-05245 EJD<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**<br><br>[Northern District Civil L.R. 11-5]<br><br>Hearing Date:   2/17/2012<br>Time:           9:00 a.m.<br>Dept:           1, 5th Floor<br>Judge:          Hon. Edward J. Davila<br><br>Complaint Filed:   9/16/2011<br>Removal:           10/27/2011<br>Trial Date:        Not Set |

TO:   THE CLERK OF THE COURT, DEFENDANTS, AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that JOHN DINAPOLI and the firm of DINAPOLI & SIBLEY hereby withdraw their Motion to Withdraw as counsel for Plaintiff KENNETH DALE. McREYNOLDS, which was set for hearing at 9:00 a.m. on Friday, February 17, 2012.

Dated:   February 9, 2012                              DINAPOLI & SIBLEY


                                                       By: _____/s/_____
                                                       JOHN DINAPOLI, Attorneys for
                                                       Plaintiff KENNETH DALE
                                                       McREYNOLDS