*IT IS SO ORDERED*
*[signature]*
*Judge Edward J. Davila*

2/14/2012

JOHN DINAPOLI (SBN 84365)
STEVEN J. SIBLEY (SBN 152365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone:   (408) 999-0900
Facsimile:   (408) 999-0191
e-mail:      jfd@dslaw.net

Attorneys for Plaintiff
KENNETH DALE MCREYNOLDS

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

KENNETH DALE McREYNOLDS,

   Plaintiff,

v.

HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-OP2 ASSET BACKED PASS-THROUGH CERTIFICATES; ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-OP2 ASSET BACKED PASS-THROUGH CERTIFICATES; AMERICAN HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICES, INC.; AND DOES 1 through 50, inclusive,

   Defendants.

Case No. 1-11-CV-05245 EJD

**NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**

[Northern District Civil L.R. 11-5]

Hearing Date:   2/17/2012
Time:           9:00 a.m.
Dept:           1, 5th Floor
Judge:          Hon. Edward J. Davila

Complaint Filed: 9/16/2011
Removal:         10/27/2011
Trial Date:      Not Set

TO:   THE CLERK OF THE COURT, DEFENDANTS, AND THEIR COUNSEL OF RECORD:

   NOTICE IS HEREBY GIVEN that JOHN DINAPOLI and the firm of DINAPOLI & SIBLEY hereby withdraw their Motion to Withdraw as counsel for Plaintiff KENNETH DALE. McREYNOLDS, which was set for hearing at 9:00 a.m. on Friday, February 17, 2012.

Dated:   February 9, 2012                          DINAPOLI & SIBLEY


                                                   By: _____/s/_____

                                                   JOHN DINAPOLI, Attorneys for
                                                   Plaintiff KENNETH DALE
                                                   McREYNOLDS